IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM SLAY STEVENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:13-cv-416-MEF |
| ) | (WO – Do not publish) |
| RELIANCE FINANCIAL ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of Plaintiff's Motion to Stay Consideration of Reliance Financial Corporation's Motion to Dismiss and Motion to Alter Briefing Schedule (Doc. #12), it is hereby ORDERED as follows:

1. Plaintiff's motion to stay consideration of Defendant's Motion to Dismiss (Doc. #12) is GRANTED.

2. Plaintiff's motion to alter the briefing schedule (Doc. #12) is GRANTED.  The deadlines in the Show Cause Order (Doc. #9) on Defendant's pending Motion to Dismiss are CONTINUED GENERALLY until resolution of Plaintiff's Motion to Remand (Doc. #11).

DONE this the 18th day of July, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE